UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L4 EXPRESS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>WAHEB BIN SULEIMAN,<br><br>        Defendant. | Case No. 21-cv-01564-SK<br><br>**ORDER TO SHOW CAUSE** |

This action was scheduled for a case management conference on April 17, 2023 at 9:30 a.m. The Court's Standing Order requires that all parties appear through lead counsel. Without leave of Court or notice to any of the parties, counsel for Defendant failed to appear at the case management conference in violation of this Court's orders and Northern District Civil Local Rule 16-10(c). Additionally, Defendant's counsel failed to participate in the joint case management statement submitted by Plaintiff on April 10, 2023, again in violation of Local Rules. Accordingly, the Court HEREBY ORDERS Defendant TO SHOW CAUSE why monetary sanctions in the amount of $1000 should not be imposed on Defendant's counsel personally. Defendant shall file a written response to this Order to Show Cause by no later than April 21, 2023.

**IT IS SO ORDERED**.

Dated: April 17, 2023

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge